UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

| ARNETTA GIRARDEAU, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) | Case No. 1:24CV388 |
|  | ) |  |
| NORTH CAROLINA AGRICULTURAL & TECHNICAL STATE UNIVERSITY | ) ) ) |  |
|  | ) |  |
| Defendant. | ) |  |

ORDER

This matter is before the Court on the parties' Joint Rule 26(f) Report [Doc. #20] and Joint Local Rule 5.5 Report [Doc. #19]. The Court has reviewed the Joint Reports and approves them as submitted and as noted herein.

The Court notes that all discovery must be completed by January 16, 2026, and that deadline may not be altered by agreement of the parties absent a Court Order.

In addition, the Court notes that any dates for a final pretrial conference or for final pretrial motions will be determined by the District Judge prior to trial in this matter.

IT IS THEREFORE ORDERED that the parties' Joint Rule 26(f) Report [Doc. #20] and Joint Local Rule 5.5 Report [Doc. #19] are approved as submitted and as noted herein.

This, the 11th day of June, 2025.

_____
Joi Elizabeth Peake
United States Magistrate Judge